**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
Attorney for Plaintiff

FILED'05 MAY 04 15:00USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID COLLICOTT**,                      CV 02-1043-HA

    Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $12,662.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, in this matter and in CV # 98-765-MA, this court awarded a total of $8,845.36 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $3,816.64, minus the user fee. Any withheld amount remaining (including the EAJA fee offset) after all attorneys fees are paid should be released to the claimant.

DATED this ___7___ day of ___May___, 2005.

_____
United States District Judge

Presented by:
/s/ Tim Wilborn, Attorney for Plaintiff
(503) 697-7019; OSB # 94464

ORDER - Page 1